A07A2024. ETHICON, INC. v. GEORGIA DEPARTMENT OF REVENUE.
(672 SE2d 492)

MILLER, Chief Judge.
Upon consideration of the petition for writ of certiorari filed to review *Ethicon v. Ga. Dept. of Revenue*, 291 Ga. App. 130 (661 SE2d 170) (2008) ("*Ethicon I*"), the Supreme Court of Georgia remanded the judgment of this Court for reconsideration in light of its decision in *Ga. Dept. of Revenue v. Owens Corning*, 283 Ga. 489 (660 SE2d 719) (2008) ("*Owens Corning II*"). In *Owens Corning II*, the Su-

---

[4] *York v. Miller*, 168 Ga. App. 849, 850 (310 SE2d 577) (1983).

preme Court reversed *Owens Corning v. Ga. Dept. of Revenue*, 285 Ga. App. 158 (645 SE2d 644) (2007) on which this Court based its decision in *Ethicon I*. On reconsideration, finding the opinion of the Supreme Court to be controlling, we vacate our opinion in *Ethicon I* and affirm the grant of summary judgment for the Department as to the machine repair parts exemption there at issue.

*Judgment affirmed. Smith, P. J., and Barnes, J., concur.*

DECIDED JANUARY 13, 2009.

*Smith, Shaw & Maddox, Virginia B. Harman*, for appellant.

*Thurbert E. Baker, Attorney General, Warren R. Calvert, Senior Assistant Attorney General, Michele M. Young, Assistant Attorney General*, for appellees.